IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Case No. 3:19-CR-155 (1) |
| vs. : | HONORABLE WALTER H. RICE |
| Jones, James II. : | |
| Defendant : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 23, 2020 removing the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring. Home Incarceration.*

Adding:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic monitoring. Curfew.*

All other bond conditions remain in full force and effect.

Date: 6/3//2020

_____
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE