IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES JONES, II,

    Defendant.

**NUNC PRO TUNC September 3, 2020**

Case No. 3:19cr155

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS BOND, SET AND MET ON APRIL 24, 2020, REVOKING SAME AND REMANDING DEFENDANT TO THE UNITED STATES MARSHALS TO BE HELD IN CUSTODY UNTIL THE TIME OF SENTENCING; NEITHER COUNSEL FOR THE GOVERNMENT NOR THE DEFENDAT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On September 3, 2020, the Defendant admitted to all three allegations set forth against him in a Petition dated August 25, 2020, directing him to show cause why his bond set and met on April 24, 2020, should not be revoked.

Based upon the record made on the aforesaid September 3, 2020, the Defendant was found in violation of his bond and same was revoked. The Defendant was remanded to the custody of the United States Marshals Service to be held in custody until the time of his sentencing.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

November 23, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Rob Trigg, U.S. Pretrial Services Officer